*win A. Swingle* for respondent.

No. 868. BRADY ET AL. *v.* BEAMS ET AL. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Chas. E. Mc-Pherren* for petitioners. *Messrs. Joseph C. Stone, W. T. Anglin, Charles A. Moon, Francis Stewart, Leon C. Phillips, D. A. Richardson, L. O. Lytle, George Jennings, Harry B. Parris,* and *Wilbur J. Holleman* for respondents.

No. 950. REYNOLDS ET AL. *v.* MAYO, STATE PRISON CUSTODIAN. May 3, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mark Reynolds* and *Frank Reynolds, pro se.*

No. 942. DEERING *v.* NATIONAL MORTGAGE CORP. ET AL. May 3, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *James R. Deering, pro se.*

No. 786. PITT RIVER POWER CO. *v.* UNITED STATES. May 10, 1943. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Sanford H. E. Freund* and *Carl A. Mead* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Valentine Brookes* for the United States.

No. 862. HINZE ET AL. *v.* DUEL, COMMISSIONER OF INSURANCE. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Messrs.*

748

*Austin H. Forkner* and *John Wattawa* for petitioners. *Mr. James Ward Rector* for respondent.

No. 883. FULLARD-LEO ET AL. *v.* UNITED STATES. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. A. G. M. Robertson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson, Roger P. Marquis,* and *Valentine Brookes* for the United States.

No. 896. TEXAS LAND & MORTGAGE Co. *v.* MULLICAN. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. E. L. Klett* and *Charles L. Black* for petitioner. *Mr. C. C. Crenshaw* for respondent.

No. 906. COVER *v.* SCHWARTZ, DOING BUSINESS AS HYGEIA RESPIRATOR Co. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joshua R. H. Potts* and *Eugene Vincent Clarke* for petitioner. *Nathan Schwartz, pro se.*

No. 911. TENNESSEE EX REL. SHERMAN ET AL. *v.* HYMAN, DEAN OF THE UNIVERSITY OF TENNESSEE COLLEGE OF MEDICINE, ET AL. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. A. L. Heiskell* for petitioners. *Messrs. Nat Tipton* and *Wassell Randolph* for respondents.